ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Booz Allen Hamilton, Inc. | ) ASBCA No. 63188 |
| | ) |
| Under Contract No. FA7014-20-D-0008 | ) |
| T.O. FA7014-21-F-0245 | ) |

APPEARANCES FOR THE APPELLANT:      Gary J. Campbell, Esq.
                                    Miles A. McCann, Esq.
                                      Womble Bond Dickinson (US) LLP
                                      Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Jeffrey P. Hildebrant, Esq.
                                      Deputy Chief Trial Attorney
                                    Aaron J. Weaver, Esq.
                                      Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  May 9, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63188, Appeal of Booz Allen Hamilton, Inc., rendered in conformance with the Board's Charter.

Dated:  May 9, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals